```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CV-00457 WBS/KJM |
| Plaintiff, ) | |
| v. ) | STIPULATION FOR CONTINUATION OF STAY AND ORDER [~~Proposed~~] |
| REAL PROPERTY LOCATED AT 1903 ) MELO ROAD, MT. SHASTA, ) CALIFORNIA, SISKIYOU COUNTY, ) APN: 36-200-041, INCLUDING ) ALL APPURTENANCES AND ) IMPROVEMENTS THERETO, ) | DATE: November 5, 2007 TIME: 2:30 p.m. COURTROOM: 5 |
| Defendant. ) | |

Plaintiff United States of America and claimants Ronald Hennig, Patience, Inc., and America's Servicing Company as nominee for Mortgage Electronic Registration Systems, Inc. (hereafter "ASC"), hereby stipulate that a continuation of the stay of further proceedings entered in this case on April 27, 2007, pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i), is necessary in the above-entitled action because the criminal case against claimant Henning in Siskiyou County is still pending.

1

1    Accordingly, the parties request that this matter be stayed
2 an additional six months.
3    While this case is stayed, Claimant Hennig agrees to keep
4 current all payments due to Claimant ASC under the promissory
5 note dated February 28, 2005, in the original principal amount of
6 $90,000.00, and secured by the deed of trust recorded in Siskiyou
7 County on March 4, 2005, encumbering the defendant property.  In
8 addition, he agrees to pay all property taxes when due and agrees
9 to keep all property insurance covering the defendant property in
10 force.
11   In the event claimant Hennig defaults in his obligations as
12 set forth above, claimant Hennig agrees to join any government
13 motion for interlocutory sale of the defendant property.  The
14 term "default" shall mean any default under the note and deed of
15 trust encumbering the defendant property and any other documents
16 executed by Claimant Hennig in connection therewith.

18 Dated: October 25, 2007          McGREGOR W. SCOTT
                                    United States Attorney

20                            By    /s/Kristin S. Door
                                    KRISTIN S. DOOR
21                                  Assistant U.S. Attorney
                                    Attorneys for Plaintiff
22                                  United States of America

23 //
24 //

```
1  Dated: October 25, 2007        /s/ Brenda Grantland
                                  BRENDA GRANTLAND
2                                 Attorney for Claimant
                                  Ronald Hennig
3
                                  (Signature authorized by e-mail)
4

5  Dated: October 26, 2007        /s/ Glenn H. Wechlser
                                  GLENN H. WECHSLER
6                                 Attorney for claimant
                                  America's Servicing Company as
7                                 Nominee for Mortgage Electronic
                                  Registration Systems, Inc.
8
                                  Original signature retained by
9                                 plaintiff's counsel)
```

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until the related criminal case currently pending in state court is resolved.

The scheduling conference scheduled for November 5, 2007, is continued to **May 5, 2008 at 2:00 p.m.**

IT IS SO ORDERED.

Dated: October 29, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3