McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED AT 1903<br>MELO ROAD, MT. SHASTA,<br>CALIFORNIA, SISKIYOU COUNTY,<br>APN: 36-200-041, INCLUDING<br>ALL APPURTENANCES AND<br>IMPROVEMENTS THERETO,<br><br>        Defendant. | 2:07-CV-00457 WBS/KJM<br><br>STIPULATION FOR CONTINUATION<br>OF STAY AND ORDER [~~Proposed~~]<br><br><br><br><br>DATE: May 5, 2008<br>TIME: 2:00 p.m.<br>COURTROOM: 5 |

     Plaintiff United States of America and claimants Ronald Hennig, Patience, Inc., and America's Servicing Company as nominee for Mortgage Electronic Registration Systems, Inc. (hereafter "ASC"), hereby stipulate that a continuation of the stay of further proceedings initially entered in this case on Aril 27, 2007, pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i), is necessary in the above-entitled action because the criminal case against claimant Henning in Siskiyou County is still pending.   The preliminary hearing is now

scheduled for June 20, 2008.  A trial date has not yet been scheduled.

Accordingly, the parties request that this matter be stayed an additional six months.

While this case is stayed, Claimant Hennig agrees to keep current all payments due to Claimant ASC under the promissory note dated February 28, 2005, in the original principal amount of $90,000.00, and secured by the deed of trust recorded in Siskiyou County on March 4, 2005, encumbering the defendant property.  In addition, he agrees to pay all property taxes when due and agrees to keep all property insurance covering the defendant property in force.

In the event claimant Hennig defaults in his obligations as set forth above, claimant Hennig agrees to join any government motion for interlocutory sale of the defendant property.  The term "default" shall mean any default under the note and deed of trust encumbering the defendant property and any other documents executed by Claimant Hennig in connection therewith.

Dated: April 23, 2008            McGREGOR W. SCOTT
                                 United States Attorney

                           By    /s/Kristin S. Door
                                 KRISTIN S. DOOR
                                 Assistant U.S. Attorney
                                 Attorneys for Plaintiff
                                 United States of America

//

//

| | | |
|---|---|---|
| 1 | Dated: April 24, 2008 | /s/ Brenda Grantland |
| 2 | | BRENDA GRANTLAND |
| | | Attorney for Claimant |
| 3 | | Ronald Hennig |

Dated: April 23, 2008    /s/ Glenn H. Wechsler
                         GLENN H. WECHSLER
                         Attorney for claimant
                         America's Servicing Company as
                         Nominee for Mortgage Electronic
                         Registration Systems, Inc.

                         (Original signatures retained by
                         plaintiff's counsel)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until the related criminal case currently pending in state court is resolved.

The scheduling conference scheduled for May 5, 2008, is continued to **November 17, 2008 at 2:00 p.m.**

IT IS SO ORDERED.

Dated: April 30, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3