```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )   2:07-CV-00457 WBS/KJM
                                )
12         Plaintiff,           )
                                )   STIPULATION FOR STAY
13      v.                      )   AND ORDER [Proposed]
                                )
14  REAL PROPERTY LOCATED AT 1903 )
    MELO ROAD, MT. SHASTA,      )
15  CALIFORNIA, SISKIYOU COUNTY,)
    APN: 36-200-041, INCLUDING  )
16  ALL APPURTENANCES AND       )   DATE: November 17, 2008
    IMPROVEMENTS THERETO,       )   TIME: 1:30 p.m.
17                              )   COURTROOM: 5
           Defendant.           )
18  _____)
```

19      Plaintiff United States of America and claimants Ronald

20 Hennig and Patience, Inc. and America's Servicing Company

21 ("ASC"), as nominee for Mortgage Electronic Registration Systems,

22 Inc., submit the following joint status report.

23      This case has been stayed due to the criminal case now

24 pending against claimant Ronald Hennig in Siskiyou County.  That

25 case is still pending.  In addition, the parties are engaged in

26 good faith settlement discussions.  For these reasons the parties

27 request that this case be stayed for an additional 60 days, and

28 that the status conference now scheduled for November 17, 2008,

1

be continued approximately 60 days.

    While this case is stayed, Claimant Hennig agrees to keep current all payments due to Claimant ASC under the promissory note dated February 28, 2005, in the original principal amount of $90,000.00, and secured by the deed of trust recorded in Siskiyou County on March 4, 2005, encumbering the defendant property.  In addition, he agrees to pay all property taxes when due and agrees to keep all property insurance covering the defendant property in force.

    In the event claimant Hennig defaults in his obligations as set forth above, claimant Hennig agrees to join any government motion for interlocutory sale of the defendant property.  The term "default" shall mean any default under the note and deed of trust encumbering the defendant property and any other documents executed by Claimant Hennig in connection therewith.

Dated: November 3, 2008    McGREGOR W. SCOTT
                                      United States Attorney

                                By  /s/Kristin S. Door
                                      KRISTIN S. DOOR
                                      Assistant U.S. Attorney
                                      Attorneys for Plaintiff
                                      United States of America

Dated: November 3, 2008    /s/ Brenda Grantland
                                      BRENDA GRANTLAND
                                      Attorney for Claimants
                                      Ronald Hennig and Patience, Inc.

//

//

| | | |
|---|---|---|
| 1 | Dated: November 3, 2008 | /s/ Glenn H. Weshsler |
| 2 | | GLENN H. WECHSLER<br>Attorney for claimant |
| 3 | | America's Servicing Company as<br>Nominee for Mortgage Electronic<br>Registration Systems, Inc. |
| 4 | | |
| 5 | | (Original signatures retained by<br>plaintiff's counsel) |

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) for an additional 60 days or until the related criminal case currently pending in state court is resolved.

The scheduling conference scheduled for November 17, 2008, is continued to **February 9, 2009 at 2:00 p.m.**

IT IS SO ORDERED.

Dated: January 21, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE