```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:07-CV-00457 WBS/KJM
                                 )
12           Plaintiff,          )
                                 )   STIPULATION FOR STAY
13       v.                      )   AND ORDER [Proposed]
                                 )
14  REAL PROPERTY LOCATED AT 1903)
    MELO ROAD, MT. SHASTA,       )
15  CALIFORNIA, SISKIYOU COUNTY, )
    APN: 36-200-041, INCLUDING   )
16  ALL APPURTENANCES AND        )   DATE: February 9, 2009
    IMPROVEMENTS THERETO,        )   TIME: 1:30 p.m.
17                               )   COURTROOM: 5
             Defendant.          )
18  _____)
```

Plaintiff United States of America and claimants Ronald Hennig and Patience, Inc. and America's Servicing Company ("ASC"), as nominee for Mortgage Electronic Registration Systems, Inc., submit the following joint status report.

This case has been stayed due to the criminal case now pending against claimant Ronald Hennig in Siskiyou County. That case is still pending. A hearing on Henning's motion to suppress evidence was scheduled for early January 2009 but has been continued to a date in February. In addition, the parties continue to engage in good faith settlement discussions. For

1

1 these reasons the parties request that this case be stayed for an
2 additional 90 days, and that the status conference now scheduled
3 for February 9, 2009, be continued approximately 90 days.

4 Dated: January 26, 2009          LAWRENCE G. BROWN
                                   Acting United States Attorney
5

6                             By   /s/ Kristin S. Door
                                   KRISTIN S. DOOR
7                                  Assistant U.S. Attorney
                                   Attorneys for Plaintiff
8                                  United States of America

9

10 Dated: January 26, 2009         /s/ Brenda Grantland
                                   BRENDA GRANTLAND
11                                 Attorney for Claimants
                                   Ronald Hennig and Patience, Inc.
12

13 Dated: January 26, 2009         /s/ Glenn H. Wechsler
                                   GLENN H. WECHSLER
14                                 Attorney for claimant
                                   America's Servicing Company as
15                                 Nominee for Mortgage Electronic
                                   Registration Systems, Inc.
16
                                   (Original signatures retained by
17                                 plaintiff's counsel)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) for an additional 90 days or until the related criminal case currently pending in state court is resolved.

The scheduling conference scheduled for February 9, 2009, is continued to **May 18, 2009 at 2:00 p.m.**

IT IS SO ORDERED.

Dated: January 29, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE