1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    2:07-CV-00457 WBS/KJM
                                   )
12            Plaintiff,           )
                                   )    STIPULATION TO EXTEND DEADLINE
13      v.                         )    FOR FILING SETTLEMENT
                                   )    DOCUMENTS AND ORDER [~~PROPOSED~~]
14  REAL PROPERTY LOCATED AT 1903  )
    MELO ROAD, MT. SHASTA,         )
15  CALIFORNIA, SISKIYOU COUNTY,   )
    APN: 36-200-041, INCLUDING     )
16  ALL APPURTENANCES AND          )    DATE: N/A
    IMPROVEMENTS THERETO,          )    TIME: N/A
17                                 )    COURTROOM: N/A
              Defendant.           )
18  _____)

19

20        Plaintiff United States of America and claimants Ronald

21  Hennig, Patience, Inc., and America's Servicing Company as

22  nominee for Mortgage Electronic Registration Systems, Inc.

23  (hereafter "ASC"), hereby stipulate that a 60 day extension of

24  the deadline for filing settlement documents in the above case is

25  necessary, and request that the Court enter an order extending

26  the deadline for 60 days.  This stipulation is based on the

27  following:

28        1.  On or about February 5, 2009, the parties to this action

                                   1

(plaintiff United States of America, claimant Ronald Hennig, individually and as the president of Patience, Inc., and lienholder America's Servicing Company as nominee for Mortgage Electronic Registration Systems, Inc.) reached a settlement, and on February 5, 2009, plaintiff filed a Notice of Settlement.

2.    The parties to the settlement have been diligently preparing the settlement documents and were prepared to file them on March 2, 2009, the deadline set forth in the Court's February 5, 2009, minute order.

3.    On March 2, 2009, attorney for claimant Henning advised plaintiff's counsel of the possible existence of a large lien ($150,000+) that had not been addressed in the settlement documents.  Plaintiff was unaware of any such lien because no such lien had listed in the title report plaintiff had obtained prior to filing the Complaint in this action.

4.    Plaintiff conducted some preliminary research on March 2, 2009, and has determined that <u>after</u> this action was commenced, and <u>after</u> plaintiff recorded a <u>lis</u> <u>pendens</u>, Bank of America loaned claimant Hennig approximately $150,000.

5.    The parties recognize that this case cannot be settled without addressing this new lien, and request 60 days to make further inquiries.  Plaintiff will serve Bank of America with the Complaint and related documents as soon as it obtains current and complete information about this lien.

6.    The parties believe that this case can still be settled on the terms previously agreed upon because it appears that there is sufficient equity to pay all liens, including the newly-discovered Bank of America liens.  However, until the parties can

2

determine the validity of this lien it would be unwise to file
settlement documents.


Dated: March 3, 2009          LAWRENCE G. BROWN
                              Acting United States Attorney


                       By    /s/Kristin S. Door
                             KRISTIN S. DOOR
                             Assistant U.S. Attorney
                             Attorneys for Plaintiff
                             United States of America

Dated: March 3, 2009          /s/ Brenda Grantland
                             BRENDA GRANTLAND
                             Attorney for Claimant
                             Ronald Hennig


Dated: March 3, 2009          /s/ Glenn H. Wechsler
                             GLENN H. WECHSLER
                             Attorney for claimant
                             America's Servicing Company as
                             Nominee for Mortgage Electronic
                             Registration Systems, Inc.

                             (Original signatures of claimants'
                             attorneys retained by plaintiff's
                             counsel)

**ORDER**

     For the reasons set forth above, the deadline for filing the
settlement documents is extended to May 4, 2009.  At that time
the parties will file the settlement documents or advise the
Court if more time is needed to address the Bank of America lien.
IT IS SO ORDERED.


Dated: March 4, 2009


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE